UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DAYLAN BRADSTREET (#573213)**

**VERSUS**

**DARREL VANNOY, WARDEN**

**CIVIL ACTION**

**NO. 18-0307-JWD-EWD**

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 29, 2018, to which no objection was filed;

**IT IS ORDERED** that this matter is transferred to the Eastern District of Louisiana for further proceedings.

**IT IS FURTHER ORDERED** that any determination regarding Petitioner's entitlement to proceed as a pauper herein is deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana, on <u>April 13, 2018</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA