UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAYLAN BRADSTREET #573213** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6778** |
| **DARREL VANNOY, WARDEN** | **SECTION "F"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 11, 2019 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Daylan Bradstreet's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of February, 2019.

**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**